Revised 12/2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re                                                              Case  18-10708
                                                                   Chapter 1

Patricio Reyes                    Debtor(s).
 SSN xxx-xx- 7432       SSN xxx-xx-_____
-------------------------------------------------------------------x

**ORDER CONFIRMING CHAPTER 13 PLAN**

<u>Definitions</u>: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's plan was filed on 3/21/18 and (if applicable) _(the "Plan"). The Plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015- 1(c) and 3015-2.  The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**



**Dated: May 21, 2018**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**